**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EARTHCOMBER, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12-cv-0394 |
| | ) | |
| v. | ) | Hon. Joan H. Lefkow |
| | ) | |
| ZILLOW, INC., | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Earthcomber, LLC, by its undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action, without prejudice, against Defendant Zillow, Inc.

Dated: March 12, 2012

Respectfully submitted,

EARTHCOMBER, LLC

By: _____
One of its Attorneys

Joseph J. Siprut
*jsiprut@siprut.com*
Aleksandra M. S. Vold
*avold@siprut.com*
SIPRUT PC
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
312.588.1440
Fax: 312.427.1850

4827-3496-8847, v. 1

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Plaintiff's Notice of Voluntary Dismissal** was filed this 12th day of March, 2012, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

_____
Joseph J. Siprut